Death of HERMAN SCHWABE, v. A. M. HAZELL, INC., Employer, and EMPLOYERS' MUTUAL INSURANCE COMPANY OF NEW YORK, Insurance Carrier, Appellants.— Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of JOSEPH SAXON, Respondent, for Compensation under the Workmen's Compensation Law, v. JOHN LITTLE, Employer, and THE TRAVELERS INSURANCE COMPANY, Insurance Carrier, Appellants.— Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of LAMBERT J. ECKERT, Respondent, for Compensation under the Workmen's Compensation Law, v. A. P. W. PAPER COMPANY, Employer, and EMPLOYERS' LIABILITY ASSURANCE CORPORATION, LTD., Insurance Carrier, Appellants.— Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of ROSA FULD, Respondent, for Compensation under the Workmen's Compensation Law, v. SIGMUND SOLOMON Co., Employer, and THE OCEAN ACCIDENT AND GUARANTEE CORPORATION, LIMITED, Insurance Carrier, Appellants.— Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of NICHOLAS MARTIN, Respondent, for Compensation under the Workmen's Compensation Law, v. CRAIG & VROOMAN, Employer, and ÆTNA LIFE INSURANCE COMPANY, Insurance Carrier, Appellants.— Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of ALBERT MEYERS, Respondent, for Compensation under the Workmen's Compensation Law, v. SYDNEY K. JOHNSON, Employer, and ÆTNA LIFE INSURANCE COMPANY, Insurance Carrier, Appellants.— Award modified by deducting therefrom $150, and as modified affirmed. All concur, except Van Kirk, J., who votes for affirmance without modification.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. NEW YORK CENTRAL RAILROAD COMPANY AND ERIE RAILROAD COMPANY v. PUBLIC SERVICE COMMISSION, SECOND DISTRICT, PENNSYLVANIA RAILROAD COMPANY and DELAWARE, LACKAWANNA AND WESTERN RAILROAD COMPANY. (Proceeding to Revoke Certificate of Convenience and Necessity Issued to the Frontier Electric Railway Company.) THE PEOPLE OF THE STATE OF NEW YORK ex rel. NEW YORK CENTRAL RAILROAD COMPANY and ERIE RAILROAD COMPANY v. PUBLIC SERVICE COMMISSION, SECOND DISTRICT, PENNSYLVANIA RAILROAD COMPANY and DELAWARE, LACKAWANNA AND WESTERN RAILROAD COMPANY. (Proceeding by Pennsylvania Railroad Company and Delaware, Lackawanna and Western Railroad Company to Acquire the Capital Stock of the Frontier Electric Railway Company.) — Motion denied.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. NEW YORK CENTRAL RAILROAD COMPANY, Relator, v. PUBLIC SERVICE COMMISSION, SECOND DISTRICT, Defendant.— Motion denied.

CALVIN P. PRESCOTT and ARTHUR W. PRESCOTT, Copartners Doing